IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Darryl | Case Number:  08 B 13052 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  5/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Drive Financial Services | Secured | 4,000.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 127.57 | 0.00 |
| 3. | Illinois Dept of Revenue | Unsecured | 6.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 32.10 | 0.00 |
| 5. | City of Blue Island | Unsecured | 42.90 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 598.00 | 0.00 |
| 7. | City of Blue Island | Secured | | No Claim Filed |
| 8. | Sprint | Unsecured | | No Claim Filed |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 11. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | City of Blue Island | Unsecured | | No Claim Filed |
| | | | $ 4,806.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Darryl

Printed: 9/3/08

Case Number: 08 B 13052
Judge: Wedoff, Eugene R
Filed: 5/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

